**[J-23-2023]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 798 CAP |
| | : | |
| Appellee | : | Appeal from the Order dated |
| | : | February 9, 2022 in the Court of |
| | : | Common Pleas, Dauphin County, |
| v. | : | Criminal Division at No. CP-22-CR- |
| | : | 0001773-2000. |
| | : | |
| HERBERT BLAKENEY, | : | SUBMITTED: March 17, 2023 |
| | : | |
| Appellant | : | |

## ORDER

**PER CURIAM**

**AND NOW,** this 21st day of June, 2023, the Order of the Court of Common Pleas of Dauphin County dismissing Appellant's petition under the Post Conviction Relief Act is **AFFIRMED**.

Chief Justice Todd did not participate in the consideration or decision of this matter.